IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**WANDA COATES.,**

    **Defendant.**     Case No.  05-cr-30173-DRH

**ORDER**

**HERNDON, District Judge:**

    Defendant has filed a Motion to Continue Hearing on Revocation of Supervised Release (Doc. 11), stating that her counsel is in the process of obtaining her medical records which may prove relevant in mitigating Defendant's potential sentence (*Id.*).  Therefore, Defendant requests a continuance of at least two weeks and indicates that both the Government and assigned Probation Officer do not object to this request.

    The Court finds that, in making this Motion, Defendant has waived her right to a revocation hearing at a reasonable date, which is usually construed to mean the earliest practical date.  Further, the reasons set forth in Defendant's Motion demonstrate that justice requires allowing a reasonable time to continue this hearing.

Therefore Defendant's Motion (Doc. 11) is **GRANTED** and the hearing **CONTINUED** from September 22, 2006 to **October 6, 2006 at 1:30 p.m.**

   **IT IS SO ORDERED.**

Signed this 19th day of September, 2006.

            /s/   David  RHerndon
            **United States District Judge**